DARYL L. MOORE‡
**DARYL L. MOORE, P.C.**
1005 Heights Boulevard
Houston, Texas 77008
713.529.0048 Telephone
713.529.2498 Facsimile
daryl@heightslaw.com Email

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 FEB -6 PM 12: 37

Keith E. Hottle
KEITH E. HOTTLE, CLERK

February 4, 2015

Mr. Keith E. Hottle, Clerk
FOURTH COURT OF APPEALS
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

    Re:   **Request transcript of Oral Argument on CD
No. 04-12-00630-CV;** *The Huff Energy Fund, L.P., et al. v.
Longview Energy Company.*

Dear Mr. Hottle:

    This case was set for submission and oral argument before this court on **September 18, 2013** in reference to the above cause. I would like to request and purchase a copy of the transcript of oral argument heard by the Court on CD. Also, a check for $5.00 is enclosed to cover the cost to purchase a copy.

    Thank you for your customary courtesy.

                Sincerely,

                /s/ Rebecca Armstrong
                Rebecca Armstrong,
                *Legal Assistant to Daryl L. Moore*

---

‡BOARD CERTIFIED, CIVIL APPELLATE LAW, TEXAS BOARD OF LEGAL SPECIALIZATION